The People of the State of New York, Respondent, v. Dennis Egan, Appellant.— Order reversed and motion granted, on authority of People v. De Vasto (198 App. Div. 620), decided herewith. Blackmar, P. J., Mills, Rich, Jaycox and Manning, JJ., concur.